## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

GREGORY GIBBS, on behalf of himself
and those similarly situated,

    Plaintiffs,

vs.

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AMAZON
LOGISTICS, INC., a Foreign for Profit
Corporation; AMAZON.COM SERVICES,
INC., a Foreign for Profit Corporation;
MANIHONG M. PHANOUVONG, Individually,
and LILA V. PHANOUVONG, Individually,

    Defendants.
_____/

Case No. 2:18-cv-434-FtM-38-MRM

## NOTICE OF FILING CONSENT TO JOIN

Plaintiff, GREGORY GIBBS, gives notice of filing the attached Consent to Join executed by CARLOS GONZALEZ.

DATED: July 30, 2018

Respectfully submitted,

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch
FL Bar No.: 27777
Paul M. Botros
FL Bar No.: 63365
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Tel: 954-WORKERS
Fax: 954-327-3013
E-mail: afrisch@forthepeople.com
E-mail: pbotros@forthepeople.com

*Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of July, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
<u>    MIDDLE DISTRICT    </u> OF FLORIDA
CASE NO.: 2:18-cv-434-FtM-SPC-MRM

<u>  GREGORY GIBBS                   </u>,
**Individually, and on behalf of
others similarly situated,**

      **Plaintiff,**

v.

<u>MLK EXPRESS SERVICES, LLC, et al.</u>

<u>                                   </u>,
      **Defendants.**

<u>                                        </u>/

### CONSENT TO JOIN COLLECTIVE ACTION AND BE REPRESENTED BY MORGAN & MORGAN

- I, <u>Carlos Gonzalez</u>   C.G, consent to join the above styled lawsuit seeking damages for unpaid wages under the FLSA;
- I am similarly situated to the named Plaintiff in this matter because I performed similar duties for the Defendant and was paid in the same regard as the named Plaintiff;
- I authorized the named Plaintiff to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims;
- I agree to be represented by Morgan & Morgan, counsel for the named Plaintiff;
- In the event this action gets conditionally certified and then decertified, I authorize Plaintiff's counsel to reuse this Consent Form to re-file my claims in a separate or related action against Defendant.

Date:   <u>  07/29/2018                    </u>

Signature:  <u>  /s/ Carlos Gonzalez          </u>