# EXHIBIT J

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GREGORY GIBBS, on behalf of himself and
those similarly situated,

       Plaintiffs,

vs.                                       CASE NO.: 2:18-CV-434-SPC-MRM

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation; MANIHONG M.
PHANOUVONG, Individually, and
LILA V. PHANOUVONG, Individually,

       Defendants.    /

## DECLARATION OF CARLOS GONZALEZ

I, CARLOS GONZALEZ, declare under the penalty of perjury and pursuant to 28 U.S.C. §1746 as follows:

1. I, CARLOS GONZALEZ, am over the age of eighteen years old and have personal knowledge of the facts set forth herein.

2. I am currently an opt-in Plaintiff in this case.

3. I am a current employee of Fusion Logistics ("Fusion"), Amazon.com, Inc., ("ACI"), Amazon Logistics, Inc., ("ALI"), and Amazon.com Services ("ACS") (ACI, ALI, and ACS are hereinafter collectively referred to as "Amazon.com," and all Defendants are hereinafter collectively referred to as "Amazon.").

4. I have worked for Amazon since approximately April 2018 as a local delivery driver delivering packages in and around Orlando, Florida.

5. As a local delivery driver, my primary duty is to deliver Amazon packages to Amazon's customers in the greater Orlando area.

6. Throughout my employment I regularly observed Amazon's other Orlando local delivery drivers performing their duties on a day to day basis.

7. Thus, I have personal knowledge that all delivery drivers have the same primary duties.

8. I was interviewed and hired by JC (last name unknown), a Fusion manager. JC advised me that I would be paid $135.00 per day, and that my day rate was intended to cover a delivery route that would take eight (8) hours to complete.

9. I was further advised that all delivery drivers were compensated in this manner.

10. I was compensated $135.00 per day for approximately two (2) months, and then my pay was reduced to $118.80 per day.

11. I am required to wear a uniform that has the "Amazon" logo on it. The uniforms were provided by Amazon.com.

12. Amazon requires me to hold myself out as an "Amazon" employee.

13. As a delivery driver, I am provided a scanner/cell phone called a "rabbit" by Amazon.com, which Amazon requires me to use while I drove my route each day.

14. Amazon.com likewise provided all delivery drivers with a rabbit, which they were required to use, so that Amazon could monitor each delivery driver each day and communicate with him or her while out in the field.

15. Delivery drivers are also required to download an application onto his/her mobile phone called "Amazon Flex." In order to utilize Amazon Flex, the driver has to register using his/her e-mail address and create a password. Once logged into the application, Amazon Flex functions in the same manner, and serves the same purpose, as the rabbit. I use Amazon Flex most, if not every work day.

16. Some of the functions that the rabbit and Amazon Flex serve are to scan the packages that are loaded onto our trucks for the day, to be used as a GPS navigation for our delivery routes, to track and report our delivery progress to Amazon, and to connect the drivers, including me, to Amazon dispatchers if and when there is an issue with a delivery.

17. Whenever I have an issue with an assigned delivery, I press a button on the rabbit and will be immediately connected to an Amazon.com dispatcher who will assist me in making the delivery and advise me of what I should do to properly perform by duties as a delivery driver.

18. The entire delivery process, from start to finish, is controlled by Amazon.com.

19. I typically worked between four (4) or five (5) days per week. My shifts are scheduled for ten (10) hours per day despite the fact that my day rate is only intended to cover an eight (8) hour delivery route.

20. Although, I generally work Tuesday through Saturday, I occasionally work on the weekend as well. I work whatever days I am assigned.

21. Each morning, I am required to report to an Amazon.com warehouse where the merchandise is stored. The warehouse is owned by Amazon.com and the people who work inside of the warehouse were Amazon.com employees.

22. Fusion's manager, Haley, and two Fusion dispatchers have an office set up inside of the Amazon.com warehouse.

23. I am required to clock-in and clock-out each day on a tablet that is located inside of the Amazon.com warehouse.

24. When I arrive at the warehouse each morning, I am given a sheet called a "manifest" that is created by Amazon.com and that lists all of the packages I am required to deliver on my route that day.

25. The manifest that I am given each day also indicates that the delivery route that I am assigned will not take more than eight (8) or eight and a half hours to complete.

26. Amazon.com pre-determines the delivery routes each work day.

27. Amazon.com pre-determines the order that I am required to deliver the packages in each day.

28. When I am issued a rabbit, or when I sign into the Amazon Flex application using my personal credentials, all of the information regarding the route I am assigned is displayed.

29. I simply follow the GPS navigation on the rabbit or Amazon Flex. Once I complete a delivery and scan the package(s) that I deliver, the rabbit or Amazon Flex—which is operated by Amazon.com —advises me where the next stop on the route is.

30. Amazon.com tracks all delivery drivers' performance, including mine using information we are required to input into the rabbit or the Amazon Flex application.

31. All Amazon delivery drivers, including me, are required to meet specific productivity goals and are required deliver a certain number of packages per hour. These productivity goals are set and monitored by Amazon.com.

32. If a delivery driver is not meeting his/her productivity goals, an Amazon.com representative reaches out to Fusion management, who in turn, reprimands the driver.

33. I regularly work over forty (40) hours per week.

34. However, I was not compensated at a rate that is one and one half times my regular rate of pay for the hours that I work over forty (40) each week.

35. On numerous occasions, I have asked management how my overtime pay is calculated, but I am never given an explanation.

36. I have complained to Management at least three times in regard to the fact that I am not receiving adequate overtime compensation for the hours that I worked over forty (40) each week.

37. Specifically, I complained to Haley and JC.

38. However, my complaints were ignored and Amazon never did anything to rectify their illegal payment policies.

39. I am aware that other delivery drivers similarly complained about Amazon's failure to pay proper overtime compensation.

40. On average, I work between 50 and 60 hours per week. However, I often work more than 60 hours per week.

41. My work hours, and the extensive overtime hours that I work are typical of all of Amazon's drivers in my experience.

42. Notwithstanding our excessive overtime hours, Amazon's other drivers and I are not compensated at a time and one-half rate for all of the hours that we work over forty (40) each week due to the Amazon's illegal payment policy whereby it does not pay overtime at the appropriate rate to its local delivery drivers.

43. In my conversations with other local delivery drivers both during my employment and after, many indicated that they would likely join a lawsuit to recover their unpaid overtime if they were to receive court-approved notice.


44. On or about August 29, 2018, I received an updated employee handbook that contained an arbitration agreement and class action waiver ("Agreement").

45. Specifically, the Agreement stated "[b]y agreeing to binding arbitration under this Agreement, Employee understands that he/she is giving up rights to a jury trial and rights to participate in a class action, collective action, or representative proceeding because all claims will be resolved exclusively through arbitration in an individual capacity. Employee agrees that he/she may bring claims against the Employer only in his/her individual capacity and not as a plaintiff or class member in any purported class or representative proceeding." A true and correct copy of the Agreement that I was given to sign is attached hereto as **Exhibit A**.

46. I was advised that it was necessary for me to sign the Agreement in order for me to continue my employment as a delivery driver.

47. I understand and aver the allegations contained within this Declaration are true and correct.

Executed this ___Sep 12, 2018___ day of September, 2018, in Orange County, Florida.

I, CARLOS GONZALEZ, declare under penalty of perjury that the foregoing is true and correct

*CARLOS*
CARLOS (Sep 12, 2018)
_____
**CARLOS GONZALEZ**

## CERTIFICATE OF TRANSLATION

I, Darlene Bayne, certify that I am fluent (conversant) in English and Spanish languages, and that the above document is a true and accurate translation of the Plaintiff's Declaration.

_____          Darlene Bayne_____
Signature of Translator                                  Printed Name of Translator

600 N Pine Island Rd., Suite 400, Plantation, FL 33324          954-318-0268_____
Address of Translator                                                              Telephone Number of Translator

# Exhibit A

9. By agreeing to binding arbitration under this Agreement, Employee understands that he/she is giving up rights to a jury trial and rights to participate in a class action, collective action or representative proceeding because all claims will be resolved exclusively through arbitration in an individual capacity. Employee agrees that he/she may bring claims against the Employer only in his/her individual capacity and not as a plaintiff or class member in any purported class or representative proceeding.

Employee accepts the terms of this arbitration agreement by signing it or by continuing to work for the company after having knowledge of it.

_____   _____
(Signature)                          (Date)

_____
(Print your name)