# EXHIBIT BB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**ANTHONY HEGEDUS, JUSTIN WELCH, JONATHAN OGNIAN, BRYANT LOWE and STACY HUNGER,**
on behalf of themselves and all other persons similarly situated, known and unknown,

   Plaintiffs,

vs.

**NEXEN CORPORATION, and AMAZON.COM, INC.,**

   Defendants.

Case No:
Hon.
Magistrate Judge

_____/

Bryan Yaldou (P70600)
Leah Seliger (P79284)
Omar Badr (P70966)
THE LAW OFFICES OF
BRYAN YALDOU, PLLC
23000 Telegraph, Suite 5
Brownstown, MI 48134
Phone: (734) 692-9200
Fax: (734) 692-9201
bryan@yaldoulaw.com
*Attorneys for Plaintiffs*

_____/

## DECLARATION OF BRYANT LOWE

1.   I started at Nexen on October 20, 2017, as a driver and loader. My background check did not come through until October 31, 2017.

2.   I was not paid at all until November 17, 2017.

3.   My schedule was 6 days a week. If a person did not work for 6 days a week they were either terminated or threatened with termination.

4.   My first paycheck was for almost $1400. Taxes were taken out but I'm not sure the right amount was taken out. With taxes taken out it was $1145.00.

5.   After that, my checks were around $300, meaning they were always short.

6.   I was told to work through lunch and was threatened with termination if I came back at the end of the route with undelivered packages. The pressure was high to meet Amazon's expectations for timely delivery.

7.   Eventually I was issued a check for the time I worked during November 28, 2017, to November 10, 2017. I was never paid for the time I worked between October 20 and October 27, 2017.

8.   I never received overtime for hours I worked over 40 hours in a workweek. I started complaining to Amazon personnel while loading my vans. One of the people I complained to was Mike Donnelly, DSP account manager.

9. At first, Mike said he would take care of it. But later, I was told it wasn't his problem and to just hurry up and get the packages out. That occurred on several occasions.

10. On November 20, 2017, I started working out of the Brownstown location driving a box truck to deliver pallets to post offices.

11. While working at the Brownstown location I made deliveries using the Rabbit scanner under the name Michael Austin. His name was displayed on the flex app I downloaded on my phone. When I later asked Mike Donnelly for proof of the deliveries I'd made, he refused to provide that proof.

12. I worked six days a week from 8:00 AM to 6:00 PM. If there were no routes available, I was told to sit in the Brownstown lot and wait. They said I would still be paid $75.00 per day even if there were no routes available.

13. I worked at the Amazon warehouse in Brownstown for a two-week period from November 20, 2017 to December 1, 2017. After that, I was told to report to the Amazon warehouse in Hazel Park to deliver individual packages.

14. When I was working in Brownstown, I called Dion, a Nexen manager, to complain about my unpaid wages. Dion responded using profane and racist language, and then hung up on me.

15. For the time I spent working out of the Amazon warehouse in Brownstown, I was issued a check for only $300.00. It should have been much higher

based on a $13 an hour rate plus overtime. I complained about that and all the other dates I was not paid for (from October 20, 2017 to October 28, 2017, and from November 10, 2017 to November 20, 2017) and was threatened with termination. I went to Amazon Logistics and talked to Mike Donnelley, and was told to keep working and we can talk about it later.

16. I had to wear an Amazon shirt and badge while I worked for Nexen.

17. Often, other co-workers needed flashlights to see addresses to make deliveries to the right place after dark. I and other employees often delivered flashlights after our shifts had ended. We would be reimbursed for fuel costs, but not paid our hourly rate for this work.

18. After working out of the Amazon warehouse in Brownstown, I switched back to the Amazon warehouse in Hazel Park. I was never paid for the time I worked at the Amazon warehouse in Hazel Park.

19. I continued working until December 20, 2017, when I received word from my bank that two checks I deposited from Nexen were cancelled. I immediately went to the Mike Donnelly's office, in tears, and told him that I now had no way of giving my kids Christmas presents or to pay my rent.

20. Mike told me that he'd talk to Steven Kirka and get back to me. Steve had to report to Mike daily. I gave Mike my phone number, but he never called. Two days later, I went back up there and asked about the status of my checks and missing

payments and asked why he did not call me back. He laughed in my face and said that it was not his problem, and that Steve said he'd care of it.

21. Then Mike said that I needed to leave and was leading me towards the door. I then requested proof of my hours and said that I contacted the US Labor department. Mike then got mad. He stepped back into his office, came out with a yellow pad, and wrote his name and email on a piece of paper. He handed it to me and said to have the Labor Department contact him, then he closed the door.

22. Neither Steve nor any of his supervisors ever returned my numerous calls. I also wrote several emails and sent numerous calls to the Amazon Corporate office. I even emailed the CEO of Amazon. They gave me a $100 gift card and said that they would investigate it. I never heard anything back.

DECLARANT FURTHER SAYETH NAUGHT:

Date: March 1, 2018

_____
Bryant Lowe