UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GREGORY GIBBS and TATONYA
HUGGINS on behalf of themselves and those
similarly situated,

    Plaintiffs,

vs.

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation; MANIHONG M.
PHANOUVONG, Individually, and LILA V.
PHANOUVONG, Individually,

    Defendants.
_____/

CASE NO.: 2:18-CV-434-SPC-MRM

## NOTICE OF FILING CONSENT TO JOIN

    Plaintiffs, Gregory Gibbs and Tatonya Huggins, give notice of filing the attached Consent to Join executed by Rickisha Anderson, who worked for JSTC, LLC in Jacksonville, Florida.

DATED: November 6, 2018

Respectfully submitted,

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch
Paul M. Botros
MORGAN & MORGAN, P.A.
600 N. Pine Island Road, Suite 400
Plantation, FL 33324
Tel: 954-WORKERS; Fax: 954-327-3013
E-mail: afrisch@forthepeople.com
E-mail: pbotros@forthepeople.com

*Trial Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>6th</u> day of November, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

*/s/ ANDREW R. FRISCH*
Andrew R. Frisch