# EXHIBIT JJ

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GREGORY GIBBS and TATONYA
HUGGINS on behalf of themselves and those
similarly situated,

        Plaintiffs,
vs.

CASE NO.: 2:18-CV-434-SPC-MRM

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation; MANIHONG M.
PHANOUVONG, Individually, and LILA V.
PHANOUVONG, Individually,

        Defendants.    /

## DECLARATION OF OMAR OMAR

I, OMAR OMAR, declare under the penalty of perjury and pursuant to 28 U.S.C. §1746 as follows:

1. I, OMAR OMAR, am over the age of eighteen years old and have personal knowledge of the facts set forth herein.

2. I am currently an Opt-In Plaintiff in this case.

3. I worked for Amazon.com, Inc., ("ACI"), Amazon Logistics, Inc., ("ALI"), and Amazon.com Services ("ACS") (ACI, ALI, and ACS are hereinafter collectively referred to as "Amazon.com"), as a local delivery driver from approximately 2016 to 2018 through Trinity Couriers, Inc. ("Trinity").

4. I currently work for Amazon.com as a local delivery driver through Nationwide Express, LLC ("Nationwide").

5. ACI, ALI, ACS, Trinity, and Nationwide are hereinafter collectively referred to as "Amazon."

6. In approximately April 2018, Trinity ceased its operations in Minnesota.

7. Although Trinity no longer operates out of Minnesota, Trinity has several locations throughout the United States, with its corporate headquarters located in San Antonio, Texas.

8. All of the testimony contained within this declaration is applicable to the entirety of my employment with Amazon.com, both through Trinity and throughout my current employment with Amazon.com through Nationwide.

9. Although the contractor through whom I have worked for Amazon has changed, there have been no material changes in regard to the manner I am paid or my duties when I became employed by Amazon.com through Nationwide.

10. As a local delivery driver for Amazon my primary duty is to deliver Amazon packages to Amazon's customers in the greater Minneapolis area.

11. Throughout my employment I have regularly observed Amazon's other Minneapolis local delivery drivers performing their duties on a day to day basis.

12. Thus, I have personal knowledge that delivery drivers have substantially the same primary duties that I have.

13. I applied to work for Amazon by filling out a job application at the Amazon Warehouse. The warehouse is an Amazon warehouse and there are approximately seven (7) delivery companies that operate out of the warehouse.

14. Other delivery companies that operate out of the Amazon warehouse from which I work include, but are not limited to, United Transportation, LLC and Bear Down Logistics.

15. Regardless of the contractor through whom each local delivery driver works for Amazon, all local delivery drivers perform substantially similar primary duties, namely we all deliver Amazon packages to Amazon's customers.

16. When I was hired by Trinity, I was advised that I would be paid at a flat rate of $155.00 per day for a route that would take me eight to ten hours to complete.

17. Now that I work for Nationwide, I earn a flat rate of $170.00 per day.

18. At both Trinity and Nationwide, I am aware that all delivery drivers are compensated in the same manner (flat day rates).

19. I am also aware that most, if not all, of the other delivery companies that operate out of the warehouse where I work also pay their drivers on a flat day rate.

20. When I was hired, I was required to watch a training video, regarding the manner in which I was required to perform my duties, which was created by Amazon.com.

21. All delivery drivers, including me, are required to wear a uniform consisting of an Amazon t-shirt, Amazon hat, and an Amazon name badge.

22. The uniforms were provided by Amazon.com and distributed by Trinity.

23. Amazon requires me to hold myself out as an "Amazon" employee.

24. As a delivery driver, I am provided a scanner/cell phone called a "rabbit" by Amazon.com which Amazon required me to use while I drive my route each day.

25. Amazon.com likewise provides all delivery drivers with a rabbit, which they are required to use, so that Amazon can monitor each delivery driver each day and communicate with him or her while out in the field.

26. If there are not enough rabbits for all delivery drivers, the delivery driver is required to download an application onto his/her mobile phone called "Amazon Flex."

27. In order to utilize Amazon Flex, the driver has to register using his/her e-mail address and create a password.

28. Once logged into the application, Amazon Flex functions in the same manner, and serves the same purpose, as the rabbit.

29. Some of the functions that the rabbit and Amazon Flex serve are to scan the packages that are loaded onto our trucks for the day, to be used as a GPS navigation for our delivery routes, to track and report our delivery progress to Amazon, and to connect the drivers, including me, to Amazon dispatchers if and when there is an issue with a delivery.

30. Whenever I have an issue with an assigned delivery, I press a button on the rabbit and am immediately connected to an Amazon.com dispatcher who assists me in making the delivery and advises me of what I should do to properly perform my duties as a delivery driver.

31. Amazon.com monitors all delivery drivers' progress throughout the day and knows where we are located at all times.

32. The entire delivery process, from start to finish, is controlled by Amazon.com.

33. I typically work between five (5) and six (6) days a week.

34. Each morning, I am required to report to the Amazon.com warehouse where the merchandise is stored.

35. When I arrive at the warehouse each morning, I report to the table that Nationwide has set up in the warehouse and write my name and the time that I arrived to the warehouse on a sign-in sheet. When I worked for Amazon through Trinity, I would report to the Trinity table.

36. When I arrive at the warehouse each morning, I am given a sheet called a "manifest" that is created by Amazon.com that lists all of the packages that I am required to deliver on my route that day.

37. I am required to load the packages that are listed on the sheet onto the van that I am assigned for that day.

38. Amazon.com pre-determines the order that I am required to deliver the packages in each day.

39. When I am issued a rabbit, or sign into the Amazon Flex application using my personal credentials, all of the information regarding the route I am assigned is displayed.

40. I simply follow the GPS navigation on the rabbit or Amazon Flex. Once I complete a delivery and scan the package(s) that I deliver, the rabbit or Amazon Flex—which is operated by Amazon.com—advises me where the next stop on the route is.

41. Amazon.com tracks all delivery drivers' performance, including mine, using information we are required to input into the rabbit or the Amazon Flex application.

42. Amazon.com dictates where all delivery drivers, including me, are to be, and when.

43. All Amazon delivery drivers, including me, are required to meet specific productivity goals and are required to deliver a certain number of packages per hour.

44. If a delivery driver does not meet his/her delivery quotas, Amazon.com instructs the companies through whom we work to terminate the driver.

45. Amazon.com sends weekly e-mails to delivery company managers that detail the delivery drivers' performance for that week. If Amazon.com is not happy with a drivers' performance, Amazon.com instructs the managers to discipline and/or terminate the drivers.

46. I have been disciplined on numerous occasions by my superiors based on Amazon.com's instruction. For instance, while I worked for Trinity, Max, my immediate supervisor, advised me that I needed to make sure that I had positive performance reports or else I would be at risk of losing my job. Max advised me that the decision would be Amazon.com's and not his.

47. Recently, Amazon.com has instituted a system whereby all delivery drivers, including me, receive an automated message on the rabbit or the Amazon Flex application when we have been delivering packages for ten (10) hours. The message comes from Amazon.com, and not from the contractor through which we are employed. The message alerts all delivery drivers, including me, that we have been driving for ten (10) hours and that we need to finish the nearest delivery and report back to the warehouse as soon as possible.

48. However, all delivery drivers, including me, are still required to meet our productivity goals. Therefore, if I return to the warehouse after my tenth hour of driving without completing my delivery route, Amazon.com will give me a negative performance reports which would ultimately result in my termination.

49. I am aware of several delivery drivers who have been terminated by Amazon.com as a result of poor performance reports.

50. Due to the fact I do not want to receive a poor performance report or be terminated from my employment, Amazon's delivery drivers, including me, continue to deliver packages despite of the automated message.

51. Amazon.com is well aware that the delivery drivers continue to deliver packages on their delivery route subsequent to receiving the automated message since all of the delivery drivers' performances and locations are tracked on the rabbit or the Amazon Flex application.

52. In addition to my daily rate, I also occasionally receive "rescue pay" if I am required to assist another delivery driver with his/her route. I receive an additional $20.00-$30.00 added on to my daily rate for "rescue pay."

53. Throughout the duration of my employment with Amazon, I regularly worked over forty (40) hours per week, and continue to work over forty (40) hours per week.

54. On average, I work 60 hours per week.

55. However, I often work more than 60 hours per week.

56. With the exception of my final three (3) weeks, when I worked for Amazon through Trinity, I have not been compensated any overtime premium for any hours that I worked, or continue to work, over forty (40) each week.

57. When I asked Max, my supervisor, why I was not receiving any overtime compensation for the hours that I worked over forty (40) each week and he advised me that Amazon does not allow overtime.

58. My work hours, and the extensive overtime hours worked is typical of all of Amazon's drivers in my experience.

59. Additionally, I am aware that the other delivery companies that operate out of the warehouse where I work similarly do not compensate their delivery drivers proper overtime compensation in accordance with the law.

60. Notwithstanding our excessive overtime hours, Amazon's other drivers and I are not compensated at a time and one-half rate for the hours that we work over forty (40) each week due to Amazon's illegal payment policy whereby it does not pay overtime to its local delivery drivers.

61.     Likewise, based on conversations I had with other local delivery drivers of Trinity, Nationwide and other contractors at the warehouse where I worked, I believe that other delivery drivers, including but not limited to Osman Warfa, will join this lawsuit to recover their unpaid overtime if they were to receive court-approved notice.

62.     I understand and aver the allegations contained within this Declaration are true and correct.

I, OMAR OMAR, declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of November, 2018, in Stearns County, Minnesota.


Omar omar (Nov 8, 2018)

**OMAR OMAR**