# EXHIBIT KK

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION**

GREGORY GIBBS and TATONYA
HUGGINS on behalf of themselves and those
similarly situated,

        Plaintiffs,                       CASE NO.: 2:18-CV-434-SPC-MRM

vs.

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation; MANIHONG M.
PHANOUVONG, Individually, and LILA V.
PHANOUVONG, Individually,

        Defendants.                  /

## DECLARATION OF VIVEK DANIELSON

I, VIVEK DANIELSON, declare under the penalty of perjury and pursuant to 28 U.S.C. §1746 as follows:

1. I, VIVEK DANIELSON, am over the age of eighteen years old and have personal knowledge of the facts set forth herein.

2. I am currently an Opt-In Plaintiff in this case.

3. I worked for Amazon.com, Inc., ("ACI"), Amazon Logistics, Inc., ("ALI"), and Amazon.com Services ("ACS") (ACI, ALI, and ACS are hereinafter collectively referred to as "Amazon.com"), as a local delivery driver for approximately a month and a half through Nationwide Express, LLC ("Nationwide").

4. ACI, ALI, ACS, and Nationwide are hereinafter collectively referred to as "Amazon."

5. As a local delivery driver for Amazon my primary duty was to deliver Amazon packages to Amazon's customers in the greater Minneapolis area.

6. Throughout the duration of my employment I regularly observed Amazon's other Minneapolis local delivery drivers performing their duties on a day to day basis.

7. Thus, I have personal knowledge that delivery drivers have substantially the same primary duties that I have.

8. Throughout the duration of my employment with Amazon through Nationwide, I was compensated a flat rate of $170.00 per day.

9. I am aware that all delivery drivers who work for Amazon through Nationwide are compensated in the same manner (flat day rates).

10. As a delivery driver, I was provided with a scanner/cell phone called a "rabbit" by Amazon.com which Amazon required me to use while I drive my route each day.

11. Amazon.com likewise provided all delivery drivers with a rabbit, which they were required to use, so that Amazon can monitor each delivery driver each day and communicate with him or her while out in the field.

12. If there were not enough rabbits for all delivery drivers, the delivery driver was required to download an application onto his/her mobile phone called "Amazon Flex."

13. In order to utilize Amazon Flex, the driver must register using his/her e-mail address and create a password.

14. Once logged into the application, Amazon Flex functions in the same manner, and serves the same purpose, as the rabbit.

15. Some of the functions that the rabbit and Amazon Flex served were to scan the packages that were loaded onto the trucks for the day, to be used as a GPS navigation for the delivery routes, to track and report delivery progress to Amazon, and to connect the drivers, including me, to Amazon dispatchers if and when there was an issue with a delivery.

16. Whenever I had an issue with an assigned delivery, I pressed a button on the rabbit and was immediately connected to an Amazon.com dispatcher who assisted me in making the delivery and advised me of what I should do to properly perform my duties as a delivery driver.

17. Amazon.com monitors all delivery drivers' progress throughout the day and knows where they are located at all times.

18. The entire delivery process, from start to finish, is controlled by Amazon.com.

19. I typically worked between five (5) and six (6) days a week.

20. Each morning, I am required to report to the Amazon.com warehouse where the merchandise is stored.

21. When I arrived at the warehouse each morning, I report to the table that Nationwide has set up in the warehouse and write my name and the time that I arrived to the warehouse on a sign-in sheet.

22. When I arrived at the warehouse each morning, I was given a sheet called a "manifest" that was created by Amazon.com that listed all of the packages that I was required to deliver on my route that day.

23. I was required to load the packages that were listed on the sheet onto the van that I was assigned for that day.

24. Amazon.com pre-determined the order that I was required to deliver the packages in each day.

25. When I was issued a rabbit, or signed into the Amazon Flex application using my personal credentials, all of the information regarding the route I was assigned was displayed.

26. I simply followed the GPS navigation on the rabbit or Amazon Flex. Once I completed a delivery and scanned the package(s) that I delivered, the rabbit or Amazon Flex—which is operated by Amazon.com—advised me where the next stop on the route was.

27. Amazon.com tracked all delivery drivers' performance, including mine, using information we were required to input into the rabbit or the Amazon Flex application.

28. Amazon.com dictated where all delivery drivers, including me, were to be, and when.

29. Throughout the duration of my employment with Amazon, I regularly worked over forty (40) hours per week.

30. On average, I worked approximately seventy (70) hours per week.

31. However, throughout the duration of my employment as a local delivery driver, I was not paid proper overtime compensation at a rate of one and one-half times my regular rate of pay for all of the hours that I worked over forty (40) each week.

32. My work hours, and the extensive overtime hours worked is typical of all of Amazon's drivers in my experience.

33. Notwithstanding our excessive overtime hours, Amazon's other drivers and I are not compensated at a time and one-half rate for the hours that we work over forty (40) each week due to Amazon's illegal payment policy whereby it does not pay proper overtime compensation to its local delivery drivers.

34.     Likewise, based on conversations I had with other local delivery drivers at the warehouse where I worked, I believe that other delivery drivers will join this lawsuit to recover their unpaid overtime if they were to receive court-approved notice.

35.     I understand and aver the allegations contained within this Declaration are true and correct.

Executed this _____ day of November, 2018, in Stearns County, Minnesota.

I, VIVEK DANIELSON, declare under penalty of perjury that the foregoing is true and correct

*vivek danielson*
vivek danielson (Nov 12, 2018)
**VIVEK DANIELSON**