## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FT. MYERS DIVISION

GREGORY GIBBS and TATONYA
HUGGINS on behalf of themselves and those
similarly situated,

        Plaintiffs,                          **CASE NO.: 2:18-CV-434-SPC-MRM**

vs.

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation; MANIHONG M.
PHANOUVONG, Individually, and LILA V.
PHANOUVONG, Individually,

        Defendants.
_____/

## **NOTICE OF FILING CONSENT TO JOIN**

Plaintiffs, Gregory Gibbs and Tatonya Huggins, give notice of filing the attached Consent to Join executed by Knigyl Barnes, who worked for Amazon as a local delivery driver through On The Go Express, LLC in the Smyrna, Georgia area, attached hereto as **Exhibit A.**

DATED: December 17, 2018           Respectfully submitted,

                                              */s/ ANDREW R. FRISCH*
                                               Andrew R. Frisch
                                               Paul M. Botros
                                               MORGAN & MORGAN, P.A.
                                               600 N. Pine Island Road, Suite 400
                                               Plantation, FL 33324
                                               Tel: 954-WORKERS; Fax: 954-327-3013
                                               E-mail:  afrisch@forthepeople.com
                                               E-mail:  pbotros@forthepeople.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>17th</u> day of December, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                    */s/ ANDREW R. FRISCH*
                    Andrew R. Frisch