UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

GREGORY GIBBS and TATONYA
HUGGINS on behalf of themselves and those
similarly situated,

    Plaintiffs,                                           CASE NO.:  2:18-CV-434-SPC-MRM

vs.

MLK EXPRESS SERVICES, LLC, a Florida
Limited Liability Company; AG PLUS
EXPRESS, LLC, a Florida Limited Liability
Company; AMAZON.COM, INC., a Foreign
for Profit Corporation; AMAZON LOGISTICS,
INC., a Foreign for Profit Corporation;
AMAZON.COM SERVICES, INC., a Foreign
for Profit Corporation;  MANIHONG M.
PHANOUVONG, Individually, and LILA V.
PHANOUVONG, Individually,

    Defendants.
_____/

## NOTICE OF FILING CONSENT TO JOIN

    Plaintiffs, Gregory Gibbs and Tatonya Huggins, give notice of filing the attached Consent to Join executed by Sarah Washington, who worked for Courier Distribution Systems in California.

DATED: January 7, 2019.                Respectfully submitted,

                                                    */s/ ANDREW R. FRISCH*
                                                    Andrew R. Frisch
                                                    Paul M. Botros
                                                    MORGAN & MORGAN, P.A.
                                                    600 N. Pine Island Road, Suite 400
                                                    Plantation, FL 33324
                                                    Tel: 954-WORKERS; Fax: 954-327-3013
                                                    E-mail:  afrisch@forthepeople.com
                                                    E-mail:  pbotros@forthepeople.com

                                                    *Trial Counsel for Plaintiff*

2

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on this <u>7th</u> day of January, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to all parties of record.

                */s/ ANDREW R. FRISCH*
                Andrew R. Frisch