**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GREGORY GIBBS and TATONYA HUGGINS, on behalf of themselves and those similarly situated,

      Plaintiffs,

vs.

MLK EXPRESS SERVICES, LLC, a Florida Limited Liability Company; AG PLUS EXPRESS, LLC, a Florida Limited Liability Company; AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation; MANIHONG M. PHANOUVONG, Individually; and LILA V. PHANOUVONG, Individuals,

      Defendants.
_____/

Case No. 2:18-CV-434-SPC-MRM

## DEFENDANTS AMAZON.COM, INC., AMAZON LOGISTICS, INC., AND AMAZON.COM SERVICES, INC.'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

__X__ IS   related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

    *Burns v. MLK Express Services, LLC*, No. 18-00625 (M.D. Fla.)
    *Warfa v. Nationwide Express, LLC*, No. 18-03103 (D. Minn.)

_____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:  June 28, 2019

Respectfully submitted,

*s/ Christopher K. Ramsey*
Christopher K. Ramsey (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219
Telephone:  +1.412.560.3300
eFacsimile:  +1.412.560.7001
christopher.ramsey@morganlewis.com

Mark E. Zelek (Florida Bar No. 667773)
Joseph Magrisso (Florida Bar No. 105352)
**MORGAN, LEWIS & BOCKIUS LLP**
200 South Biscayne Boulevard, Suite 5300
Miami, FL  33131-2339
Telephone:  +1.305.415.3303
eFacsimile:  +1.877.432.9652
mark.zelek@morganlewis.com
joseph.magrisso@morganlewis.com

Richard G. Rosenblatt (admitted *pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
502 Carnegie Center
Princeton, NJ  08540-6241
Telephone:  +1.609.919.6609
eFacsimile: +1.609.919.6701
richard.rosenblatt@morganlewis.com

*Attorneys for Defendants Amazon Logistics, Inc., Amazon.com, Inc. and Amazon.com Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*s/ Christopher K. Ramsey*
Christopher K. Ramsey

DB1/ 104880086.1