UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LINDA BURNS, individually and on behalf
of all similarly situated individuals,

    PLAINTIFFS,                CASE NO.:  2:18-CV-00625-UA-MRM

v.

MLK EXPRESS SERVICES, LLC, and
AMAZON.COM SERVICES, INC.,

    DEFENDANTS.

_____/

## CONSENT TO JOIN COLLECTIVE ACTION

I, the undersigned, hereby acknowledge that I have received and read the Notice to Potential Claimants of Option to Participate in a Collective Action Lawsuit and a Potential Collective Action Settlement (the "Notice") in the above-referenced action (the "Litigation"), including all attachments referenced in the Notice.

I affirm that I was a local delivery driver or driver associate who was paid by MLK Express Services, LLC, and who worked out of 4642 Elevation Way, Fort Myers, Florida, and who was paid a purported "day rate," within the last three years from the date the Notice was issued.

I hereby consent to join this Litigation to recover any unpaid wages under the Fair Labor Standards Act, 29 U.S.C. § 216(b), *et seq*. and agree, acknowledge, and consent to be bound by the terms of the Court-approved settlement of this Litigation and the release of all claims, as described in the Notice (including the release detailed in Appendix A, which is incorporated by reference into this document), or by any other resolution of the Litigation, whether favorable or unfavorable.

I hereby designate Plaintiffs' Counsel in this Litigation, Neil L. Henrichsen of the firm Henrichsen Siegel, P.L.L.C. and Laura E. Reasons, Kenneth P. Abbarno, and Mark M. Abramowitz of the firm DiCello Levitt Gutzler LLC and other attorneys with whom they associate to make decisions on my behalf concerning the Litigation. I understand that I may withdraw my consent to proceed with my claims at any time by notifying my attorneys handling this matter.

I understand the Settlement Agreement, Waiver, and Release (the "Agreement") sets out further terms of the settlement and that I may request a copy of the Agreement from my Counsel, as explained in the Notice. I understand that by completing this form and receiving the payments pursuant to the Agreement, I am waiving all wage and hour claims against MLK Express, Amazon, and any related entities.

At the time of considering and executing this Consent to Join Collective Action form, I affirm that I was not affected or impaired by illness, use of alcohol, drugs or other substances or otherwise impaired. I further affirm that I am competent to execute this Agreement, and I am not a party to any bankruptcy, lien, creditor-debtor or other proceeding which would impair my right or ability to waive all claims that I may have against the Released Parties as referenced in the Agreement. And I affirm that I understood all of the terms and conditions of the Agreement and that I voluntarily agree to the terms and conditions.

Date: _____        Signature: _____

                                                                      Printed Name: _____

**THIS FORM MUST BE RETURNED TO PLAINTIFFS' COUNSEL AT THE ADDRESS, EMAIL ADDRESS, OR FAX NUMBER BELOW. IT MUST BE POSTMARKED OR ELECTRONICALLY TRANSMITTED NO LATER THAN _[45 DAYS FROM MAILING].**

Attn: MLK Express Case
DiCello Levitt Gutzler
7556 Mentor Avenue
Mentor, OH 44060

<u>Email:</u>  MLKCase@dicellolevitt.com
<u>Facsimile</u>:  (440) 953-9138

---

The information below will not be filed with the Court. It is for your Counsel's records and to confirm your identity.

### PLEASE PROVIDE THE FOLLOWING INFORMATION

Name:  _____
        (First)                    (Middle)                    (Last)

Street Address:  _____

City, State, Zip:  _____

Personal E-Mail:  _____

Phone Number(s):  _____

Emergency Contact Name:  _____

Emergency Contact Phone Number(s):  _____

Social Security Number:  xxx-xx-_____

Date of Birth: _____

5181562.v1