UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY GIBBS and TATONYA
HUGGINS, on behalf of himself and
those similarly situated

      Plaintiffs,

v.                                          Case No.: 2:18-cv-434-FtM-38MRM

MLK EXPRESS SERVICES, LLC,
AMAZON LOGISTICS, INC.,
AMAZON.COM SERVICES, INC.,
MANIHONG M. PHANOUVONG,
LILA V. PHANOUVONG,
AMAZON.COM, INC. and AG PLUS
EXPRESS, LLC,

      Defendants.
_____/

## ORDER[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 177). Plaintiffs filed a notice of nonobjection to the R&R. (Doc. 178). Defendants did not object, and the time to do so passed.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright,* 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge need not review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also Garvey v. Vaughn,* 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

legal conclusions de novo, even without an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

After a careful, complete, and independent examination of the file, the Court accepts and adopts Judge McCoy's R&R in full.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 177) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The parties' Joint Notice of Filing Proposed Notice to the Local Delivery Driver Class (Doc. 175), construed as a motion to approve the proposed notice, is **DENIED without prejudice**.

3. The parties are **DIRECTED** to meet and confer and submit an amended proposed notice and consent form—consistent with the Report and Recommendation (Doc. 177)—**on or before March 13, 2020** for the Court's further consideration and approval.

**DONE** and **ORDERED** in Fort Myers, Florida this 14th day of February, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record