UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY GIBBS and TATONYA HUGGINS, on behalf of himself and those similarly situated

    Plaintiffs,

v.

Case No.: 2:18-cv-434-FtM-38MRM

MLK EXPRESS SERVICES, LLC, AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, INC., MANIHONG M. PHANOUVONG, LILA V. PHANOUVONG, AMAZON.COM, INC. and AG PLUS EXPRESS, LLC,

    Defendants.
_____/

## **ORDER**[1]

Before the Court is a sua sponte review of the file. The Plaintiffs in a related case—*Burns v. MLK Express Services, LLC*, 2:18-cv-00625-TJC-MRM (M.D. Fla.)—filed a notice of intent to opt into this case (Doc. 39). Their forms consenting to join this case are due May 28, 2020. As stated in the last Order (Doc. 184), the Court now sets a new deadline for the parties to file amended motions to approve their proposed notice forms. That deadline is June 4, 2020.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. The parties are **DIRECTED** to file motions to approve the proposed notice forms **on or before June 4, 2020**.

2. The Clerk is **DIRECTED** to file a copy of this Order in *Burns v. MLK Express Services, LLC*, 2:18-cv-00625-TJC-MRM.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of May, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record