UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY GIBBS, TATONYA HUGGINS, LINDA BURNS and ANDREA HELM, on behalf of himself and those similarly situated

    Plaintiffs,

v.   Case No: 2:18-cv-434-SPC-MRM

MLK EXPRESS SERVICES, LLC, AMAZON LOGISTICS, INC., AMAZON.COM SERVICES, INC., MANIHONG M. PHANOUVONG, LILA V. PHANOUVONG, AMAZON.COM, INC. and AG PLUS EXPRESS, LLC,

    Defendants.
_____/

# ORDER[1]

Before the Court is a review of the case following a status conference on July 13, 2021. As discussed on the record, the parties settled this action and will file any necessary documents for fairness review under the FLSA. Given

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

the settlement and to conserve the parties' resources, the Court will suspend all remaining pretrial deadlines.

In line with the Court's practice, initial review of the settlement will be referred to United States Magistrate Judge Mac R. McCoy for a report and recommendation ("R&R"). The Court reminds the parties they are free to consent and have Judge McCoy decide all remaining matters without the need for an R&R. *See* 28 U.S.C. § 636(c). Of course, either party is free to withhold consent without any adverse consequence. *Id.* If the parties intend to consent, however, the Court directs them to file a notice of consent form (available of the Court's website).

Accordingly, it is now

**ORDERED:**

1. All remaining deadlines in the Second Amended Case Management Scheduling Order (Doc. 218) are **SUSPENDED**.

2. The parties must **FILE** any documents necessary for review of the settlement **on or before August 12, 2021**.

3. If applicable, the parties should file a notice of consent form **on or before August 12, 2021**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 13, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record