# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY GIBBS and TATONYA HUGGINS, on behalf of themselves and those similarly situated,

           Plaintiffs,

vs.

MLK EXPRESS SERVICES, LLC, a Florida Limited Liability Company; AG PLUS EXPRESS, LLC, a Florida Limited Liability Company; AMAZON.COM, INC., a Foreign for Profit Corporation; AMAZON LOGISTICS, INC., a Foreign for Profit Corporation; AMAZON.COM SERVICES, INC., a Foreign for Profit Corporation; MANIHONG M. PHANOUVONG, Individually; and LILA V. PHANOUVONG, Individuals,

           Defendants.
_____/

Case No. 2:18-CV-434-SPC-MRM

## STIPULATION OF AGREEMENT

1. This Stipulation of Agreement ("Stipulation") is entered into by Linda Burns and Adrea Helms, as Opt-in Plaintiffs[1] in the above captioned collective action FLSA Lawsuit.

2. Named Plaintiffs Gregory Gibbs and Tatonya Huggins on behalf of Opt-In Plaintiffs Della Baskin-Morse, Eric Benton, Linda Burns, Roberto Camacho Fernandez, Nicole Candiano, Shanetria Collington, Elvin Dick, William Drake, Linda Eckert, Sherina Gamble, Craig Hamilton, Takoyia Harris, Andrea Helm, Kurt Hopfner, Jeffrey Huddleston, Devonda Jackson, John James Jr., Debra LaBonne, Ivelisse Lopez, Marinel Machado, Ranesha McCowin, Emanuel Perez, Krystal Phillips, Melina Reynolds, Jorge Santiago De Jesus, Eduardo Santiago, Laurence Scott, Carmen Tipps, Marcel Vega, Maria Watkins, Claire Webb, Jason Williams, and Timesha Williams (hereinafter, collectively, excluding Plaintiff Gibbs and Plaintiff Huggins, the "Opt-In Plaintiffs," and including Plaintiff Gibbs and Plaintiff Huggins, the "Plaintiffs") and

---

[1] Linda Burns and Andrea Helm appear on the docket as Plaintiffs and they are represented by additional co-counsel; however, they are Opt-In Plaintiffs not Named Plaintiffs, having filed Consent to Join forms on May 27, 2020. Dkt. 186. As such, they are parties to the lawsuit like all of the other Opt-In Plaintiffs.

Defendants MLK Express Services, LLC ("MLK Express"); Manihong M. Phanouvong and Lila V. Phanouvong (the "Phanouvongs"); AG Plus Express, LLC ("AG Plus"); Amazon.com, Inc., Amazon Logistics, Inc. and Amazon.com Services, Inc.[2] (together, "Amazon") (collectively, "Defendants"), subject to the approval of the Court, entered into that certain FLSA Collective Action Settlement Agreement ("Settlement Agreement") [D.E. 243, Exhibit A].

3.  Both Opt-in Plaintiff Burns and Helms have reviewed the terms of the Settlement Agreement and do not object to the terms of the agreement or the estimated recovery allocated to either of them.

4.  Both Opt-in Plaintiff Burns and Helms wish to be bound by the terms of the Settlement Agreement, and therefore incorporate by reference the terms and conditions of the Settlement Agreement as if set forth herein (as modified, amended, supplemented and/or approved by the Court).

IN WITNESS WHEREOF, Linda Burns and Andrea Helms have executed this Stipulation of Agreement as follows:

**OPT-IN PLAINTIFFS ON BEHALF OF THEMSELVES:**

_____  Date: Jun 7, 2022
Linda Burns (Jun 7, 2022 12:27 EDT)
Linda Burns

_____  Date: Jun 7, 2022
Andrea Helm

---

[2] Amazon.com, Inc. and Amazon.com Services, Inc. dispute that they are a proper party to the Action. By this Agreement, Amazon.com, Inc. and Amazon.com Services, Inc. are not admitting that they were properly included as Defendants. Instead, they are parties to this Agreement only in order to obtain a release for Amazon.com, Inc. and Amazon.com Services, Inc. Moreover, Defendants' obligations under the Agreement may be carried out by affiliates of Amazon.com, Inc. and/or Amazon.com Services, Inc.